**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 20-cv-02758-SKC

**MIGUEL J. GONZALEZ-MORALES and**
**LILIANA GONZALEZ,**

        Plaintiffs

v.

**KNIGHT ADJUSTMENT BUREAU,**

        Defendant.

---

**NOTICE OF SETTLEMENT**
**AND REQUEST TO FILE DISMISSAL PAPERS IN 30 DAYS**

---

    COMES NOW the Defendant, Knight Adjustment Bureau, by and through its undersigned counsel, Lewis Brisbois Bisgaard & Smith, LLP, and respectfully submits this Notice of Settlement, as follows:

    1.    The Parties have conferred regarding this Notice and have reached a settlement of all claims in the above-captioned and numbered action.

    2.    The Parties anticipate they will file a stipulation for dismissal of all claims within thirty (30) days of this notice in lieu of filing a responsive pleading which is currently due Thursday, October 22, 2020.

    3.    The Parties request the Clerk of the Court vacate any and all deadlines and/or settings in this matter. The Parties will file the appropriate dismissal papers on or before November

23, 2020 or a Status Report advising the Court of the current status of the dismissal paperwork.

Dated: October 21, 2020                Respectfully Submitted,

                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                          By:  */s/ Adam B. Wiens*
                                                    Adam B. Wiens, Esq.
                                                    1700 Lincoln Street, Suite 4000
                                                    Denver, Colorado 80203
                                                    303.861.7760
                                                    Adam.Wiens@lewisbrisbois.com
                                                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on this 21st day of October, 2020, I presented the foregoing **NOTICE OF SETTLEMENT AND REQUEST TO FILE DISMISSAL PAPERS IN 30 DAYS** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

Daniel J. Vedra, Esq.
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
*Attorney for Plaintiffs*

*Terri K. O'Brien*
A duly signed original is on file at the Law Offices of LEWIS BRISBOIS