# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  20-CV-2758-SKC

MIGUEL J. GONZALEZ-MORALES, an individual, and LILIANA GONZALEZ, an individual,

    Plaintiffs,

v.

KNIGHT ADJUSTMENT BUREAU, a Utah corporation

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Miguel J. Gonzalez-Morales and Liliana Gonzalez hereby dismiss this action, with prejudice, each party to pay its own costs except as provided by separate agreement.

Dated: November 9, 2020

    Respectfully submitted,

    /s/ Daniel J. Vedra
    Daniel J. Vedra
    Vedra Law LLC
    1444 Blake Street
    Denver, CO 80202
    Phone: (303) 937-6540
    Fax: (303) 937-6547
    Email: dan@vedralaw.com